# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fagone, Michael A. | U.S. Bankruptcy Court, District of Maine | 06/02/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ✔ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

Margaret Chase Smith Federal Building
Room 30607
202 Harlow Street
Bangor, ME 04401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Bankruptcy Institute |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 06/02/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | April 13 - 17, 2016 | Washington, D.C. | Speaker | Meals, Lodging, Transportation |
| 2. | American Bankruptcy Institute | July 14 - 17, 2016 | Bretton Woods, NH | Speaker | Meals, Lodging, Transportation |
| 3. | Massachusetts Continuing Legal Education | November 16, 2016 | Boston, MA | Speaker | Meals, Lodging, Transportation |
| 4. | American Bankruptcy Institute | November 30 - December 4, 2016 | Palos Verde, CA | Speaker | Meals, Lodging, Transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 06/02/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nelnet | Student Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Investments IRA (H) | | | | | | | | | |
| 2. -FlexShares MStar Stock Market Factor Tilt ETF | | None | | | Buy | 10/26/16 | K | | |
| 3. - FlexShares MStar Stock Market Factor Tilt ETF | A | Dividend | L | T | Buy | 12/21/16 | K | | |
| 4. - FlexShares Quality Stock Dividend Index EFT | B | Dividend | L | T | Buy | 07/27/16 | L | | |
| 5. - Guggenheim S & P Equal Weight Stock Index ETF | A | Dividend | L | T | Buy | 07/27/16 | L | | |
| 6. - IShares 1-5 year US Bond ETF | A | Dividend | K | T | Buy | 07/27/16 | K | | |
| 7. - IShares 3-7 year Treasury Bond ETF | A | Dividend | K | T | Buy | 07/28/16 | K | | |
| 8. - IShares Barclays 1-3 yr Credit Bond ETF | A | Dividend | K | T | Buy | 12/21/16 | K | | |
| 9. - IShares Barclays Intermed Gov Credit Index ETF | A | Dividend | K | T | Buy | 07/27/16 | K | | |
| 10. - IShares S&P 500 Stock Index ETF | B | Dividend | M | T | Buy | 07/27/16 | M | | |
| 11. - IShares S&P MidCap 400 Stock Index ETF | A | Dividend | K | T | Buy | 07/27/16 | K | | |
| 12. - IShares S&P MidCap 400/ BARRA Value Stock ETF | A | Dividend | K | T | Buy | 07/27/16 | K | | |
| 13. - IShares S&P SmallCap 600 Stock Index ETF | A | Dividend | K | T | Buy | 07/27/16 | K | | |
| 14. - IShares Floating Rate Bond ETF | A | Dividend | K | T | Buy | 12/21/16 | K | | |
| 15. - IShares S&P Small Cap 600 Value Stock ETF | A | Dividend | K | T | Buy | 07/27/16 | K | | |
| 16. - Powershares QQQ Stock Index ETF | A | Dividend | L | T | Buy | 07/27/16 | L | | |
| 17. - Powershares S&P 500 HighDivLowVol Stk ETF | A | Dividend | | | Buy | 07/27/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Powershares S&P 500 HighDivLowVol Stk ETF | A | Dividend | | | Sold | 10/05/16 | L | A | |
| 19. - Powershares S&P 500 High Beta Stock ETF | A | Dividend | K | T | Buy | 10/05/16 | K | | |
| 20. - ProShares S&P 500 DivAristocrats Stk ETF | A | Dividend | K | T | Buy | 07/27/16 | L | | |
| 21. - | | | | | Sold (part) | 10/26/16 | K | A | |
| 22. - | | | | | Sold (part) | 12/21/16 | K | A | |
| 23. - ProShares S & P 500 DivAristocrats Stk ETF | B | Dividend | L | T | Buy | 07/26/16 | L | | - |
| 24. - Vanguard Intermed Term Corp Bond ETF | A | Dividend | K | T | Buy | 07/28/16 | K | | |
| 25. - iShares Barclays Agg Bond Index ETF | A | Dividend | K | T | Buy | 07/28/16 | K | | |
| 26. - Fidelity Government Cash Reserve Money Mkt Fd | A | Dividend | | | Buy | 07/28/16 | O | | |
| 27. - | | | | | Sold (part) | 07/29/16 | J | A | |
| 28. - | | | | | Sold (part) | 08/01/16 | O | A | |
| 29. - | | | | | Sold (part) | 08/02/16 | M | A | |
| 30. - | | | | | Buy (add'l) | 08/05/16 | J | | |
| 31. - | | | | | Buy (add'l) | 08/31/16 | J | | |
| 32. - | | | | | Buy (add'l) | 09/08/16 | J | | |
| 33. - | | | | | Buy (add'l) | 09/23/16 | J | | |
| 34. - | | | | | Buy (add'l) | 09/26/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - | | | | | Buy (add'l) | 09/29/16 | J | | |
| 36. - | | | | | Buy (add'l) | 09/30/16 | J | | |
| 37. - | | | | | Sold (part) | 10/04/16 | J | A | |
| 38. - | | | | | Buy (add'l) | 10/07/16 | J | | |
| 39. - | | | | | Buy (add'l) | 10/11/16 | K | | |
| 40. - | | | | | Buy (add'l) | 10/31/16 | J | | |
| 41. - | | | | | Buy (add'l) | 11/07/16 | J | | |
| 42. - | | | | | Buy (add'l) | 11/30/16 | J | | |
| 43. - | | | | | Buy (add'l) | 12/07/16 | J | | |
| 44. - | | | | | Sold (part) | 12/27/16 | K | A | |
| 45. - | | | | | Buy (add'l) | 12/28/16 | J | | |
| 46. - | | | | | Buy (add'l) | 12/29/16 | J | | |
| 47. - | | | | | Buy (add'l) | 12/30/16 | J | | |
| 48. T. Rowe Price IRA (H) | | | | | | | | | |
| 49. - T. Rowe Price Equity Index 500 Mutual Fund | B | Dividend | | | Sold | 07/27/16 | M | D | |
| 50. - T. Rowe Price Mid Cap Growth Mutual Fund | | None | | | Sold | 07/27/16 | N | E | |
| 51. - T. Rowe Price Mid Cap Value Mutual Fund | | None | | | Sold | 07/27/16 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - T. Rowe Price Sciene & Technology Mutual Fund | | None | | | Sold | 07/27/16 | J | A | |
| 53. - T. Rowe Price U.S. Treas Money Market Fund | A | Dividend | | | Sold | 07/26/16 | J | A | |
| 54. | | | | | | | | | |
| 55. Gorham Savings Bank Cash Account | A | Interest | K | T | | | | | |
| 56. Bangor Savings Bank Cash Account | A | Interest | J | T | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fagone, Michael A. | 06/02/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I inadvertently omitted, from my 2015 report (which was dated April 22, 2016), the existence and value of certain deposit accounts (checking and savings) at Gorham Savings Bank. These are commonplace checking and savings accounts which I use on a daily basis. For example, my salary is direct deposited into one of these accounts, and I pay bills out of another. A third account is used only to pay the mortgage and bills for a secondary residence owned by     and me. The aggregate balance of these accounts, as of December 31, 2015 would have been roughly similiar to the aggregate balance of these accounts as of December 31, 2016 (which is listed in Part VII above).

I am the sole trustee of a trust for the benefit of certain relatives ("Trust #1"). I do not receive any income from Trust #1. I do not currently have, and did not at any time during the reporting period have, any beneficial interest in Trust #1, its res, or any income derived therefrom. My sole function, with respect to the trust, is to serve as a trustee for those persons who do have a beneficial interest in the trust, and I serve in that capacity on an uncompensated basis. Copies of the trust agreement and the relevant account records are available upon request.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michael A. Fagone**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544